**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 76 EAL 2015
                         :
            Respondent     :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
           v.                :
                         :
                         :
PEDRO VALENTIN,          :
                         :
            Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.